THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK VAN BRAMER, Appellant.

(Argued December 5, 1932; decided January 10, 1933.)

*Joseph M. Klein* and *John P. Looram* for appellant.
*Thomas C. T. Crain,* District Attorney (*Irving J. Tell* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.